UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-61352-CV-WILLIAMS

DAYANA GARCIA,

    Plaintiff,

v.

UNIT DOSE SERVICES, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation (DE 24) ("***Report***") on Plaintiff's Motion for Default Final Judgment (DE 15) ("***Motion***"). In the Report, Magistrate Judge Augustin-Birch recommends that the Court grant Plaintiff's Motion for Default Final Judgment (DE 15). Specifically, the Report finds that Defendant Unit Dose Services, LLC was validly served with process and Plaintiff is entitled to default final judgment against Defendant on Counts I though IV of Plaintiff's Complaint (DE 1). (DE 24 at 3, 6.) The Report recommends that Plaintiff be awarded $7,905 in backpay, $100,000 in compensatory damages for emotional distress, $100,000 in punitive damages, $5,475 in attorney's fees, and $452.63 in costs. (DE 24 at 12.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 24) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Final Judgment (DE 15) is **GRANTED**.

3. The Clerk of Court is directed to enter default final judgment in favor of Plaintiff Dayana Garcia and against Defendant Unit Dose Services, LLC.

4. A cost judgment should be entered against Defendant Unit Dose Services, LLC in the sum of $213,832.63, consisting of $7,905 in backpay, $100,000 in compensatory damages for emotional distress, $100,000 in punitive damages, $5,475 in attorney's fees, and $452.63 in costs, together with statutory interest.

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 19th day of October, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE